HON. JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> PASCALE MCATEE, <br><br> Defendant. | NO. CR 16-0322JLR <br><br> ORDER GRANTING MOTION TO SEAL DEFENDANT'S SENTENCING MEMORANDUM |

THIS MATTER has come before the undersigned on the motion of defendant, Pascale McAtee, to file the Defendant's Sentencing Memorandum (and attached appendices) under seal. The Court finds there are compelling reasons to permit the filing of the document under seal.

IT IS HEREBY ORDERED that the defendant shall be permitted to file Defendant's Sentencing Memorandum under seal.

DATED this 21ST day of August, 2017.

/s/ James L. Robart
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION
TO SEAL DEFENDANT'S
SENTENCING MEMORANDUM   - 1
(*Pascale McAtee*; CR 16-00322JLR)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

Presented by:

s/ *Nancy Tenney*
Attorney for Pascale McAtee
Office of the Federal Public Defender

ORDER GRANTING MOTION
TO SEAL DEFENDANT'S
SENTENCING MEMORANDUM   - 2
(*Pascale McAtee;* CR 16-00322JLR)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100