JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR16-322-JLR |
| Plaintiff, | ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR RETURN OF PASSPORT TO DEFENSE COUNSEL |
| vs. | |
| PASCALE MCATEE, | |
| Defendant. | ~~(PROPOSED)~~ |

THIS MATTER having come before the Court on the defendant's Unopposed Motion for Return of Passport to the Defendant, the Court having reviewed the motion and the records and files herein,

IT IS NOW THEREFORE ORDERED that the Clerk of the Court is directed to release Ms. McAtee's passport and deliver it to Assistant Federal Public Defender Nancy Tenney, Federal Public Defender's Office, 1601 Fifth Ave, Suite 700, Seattle, WA 98101, or allow counsel from the Federal Public Defender's Office to pick it up.

DATED this 10 day of June, 2018.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANT'S
UNOPPOSED MOTION FOR RETURN
OF PASSPORT TO DEFENSE COUNSEL  - 1
(*Pascale McAtee*; CR16-322-JLR)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

Presented by,

*s/ Nancy Tenney*
Assistant Federal Public Defender
Attorney for Pascal McAtee

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER GRANTING DEFENDANT'S
UNOPPOSED MOTION FOR RETURN
OF PASSPORT TO DEFENSE COUNSEL   - 2
(*Pascale McAtee*; CR16-322-JLR)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100